IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-25-00187-RCT |
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF AN INDICTMENT |
| COURTNEY MARIE PETERSON | ) | |
| Defendant. | ) | |

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Dated: October 9, 2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Jeffrey E. Brownson
_____
Printed name of defendant's attorney

_____
Judge's signature   U.S.C.S.